THE BOARD OF PUBLIC INSTRUCTION FOR THE COUNTY OF PINELLAS, STATE OF FLORIDA, *Plaintiff in Error*, v. LUKENS STEEL COMPANY, a Corporation under the laws of the State of Pennsylvania, *Defendant in Error*.

Division B.

Opinion filed January 13, 1930.

*Jones & White,* for Plaintiff in Error;

No appearance for Defendant in Error.

PER CURIAM.—The judgment herein rendered against the County Board of Public Instruction is reversed on authority of I. W. Phillips & Co. v. Board of Public Instruction, Pasco County, 98 Fla. 1, 122 So. R. 793.

1252

Reversed.

WHITFIELD, P. J., AND STRUM AND BUFORD, J. J., concur.

TERRELL, C. J., AND ELLIS AND BROWN, J. J., concur in the opinion and judgment.